No. 87–1357.   ANGEL ET UX. *v.* FROEHLICH, JUDGE, SAN DIEGO NORTH COUNTY SUPERIOR COURT, ET AL.   Appeal from C. A. 9th Cir. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 87–6417.   REISZNER *v.* REISZNER.   Appeal from Sup. Ct. La. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 87–1471.   FRANKLIN *v.* OFFICE OF PERSONNEL MANAGEMENT.   Appeal from C. A. Fed. Cir. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.   JUSTICE BRENNAN, JUSTICE BLACKMUN, JUSTICE O'CONNOR, and JUSTICE SCALIA would affirm the judgment.

No. 87–6438.   MANTER *v.* TOWN OF FAYETTE, MAINE.   Appeal from Sup. Jud. Ct. Me. dismissed for want of properly presented federal question.

No. — – ——.   EVANS *v.* UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT.   Motion to direct the Clerk to file a petition for writ of certiorari that does not comply with the Rules of this Court denied.

No. D–691.   IN RE DISBARMENT OF NEWHOUSE.   It is ordered that Richard Glenn Newhouse, of Fort Lauderdale, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–692.   IN RE DISBARMENT OF KALK.   It is ordered that Joseph Kalk, of Beachwood, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.